```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,    )
                             )
      v.                     ) Criminal No. 05-62
                             )
DAVID BRYANT,                )
      Defendant.             )
```

## ORDER

AND NOW, this 4th day of June, 2007, the Court having been advised that the above defendant wishes to change his plea of not guilty, entered April 12, 2005, IT IS HEREBY ORDERED that a hearing on the defendant's change of plea is set for Friday, June 15, 2007 at 1:30 p.m. in Courtroom #3A, 3rd floor, United States Courthouse, Pittsburgh, Pennsylvania.

```
                              BY THE COURT:

                              s/Gary L. Lancaster
                              Gary L. Lancaster,
                              United States District Judge

cc:   Margaret E. Picking,
      Assistant United States Attorney

      Franklin L. Robinson, Jr., Esquire
      5907 Penn Avenue
      Suite 212
      Pittsburgh, PA 15206

      U.S. Marshal

      U.S. Pretrial Services

      U.S. Probation
```